UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 08 117

| | | |
|---|---|---|
| RAFAEL SANTOS | : | |
| PETITIONER | : | CIVIL NO. [illegible] |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| RESPONDENT | : | |
| | : | |

## MOTION TO RETURN PROPERTY PURSUANT TO RULES OF CRIMINAL PROCEDURE 41 (e)

Now Comes RAFAEL SANTOS Petitioner Pro Se in the above captioned case and hereby request the return of property illegally seized on September 8, 2005 at 134 Wallace St, Providence, RI 02909. The property illegally seized, were assorted jewelry with a value of $39,976.00 dollars. This property was illegally seized by DEA Agents. Petitioner request the return of his property for the following reasons:

**- HISTORY OF THE CASE -**

On September 8, 2005 the defendant was arrested by member of the Drug Enforcement Administration (DEA) He was taken into custody and was search by Agents. During the search Agents found a few keys, that pertain to his house, car and other properties. Petitioner was coerce to state where he lives and obviously he gave the Agents the address of his house. Agents went and search his house located at

134 Wallace St., Providence, RI. Agents did not found anything illegal on the house, but did seized, assorted jewelry with an estimate value of $39,976.00.

Petitioner has claim his interest in his jewelry, Petitioner's Counsel William Murphy stated that he will request the return of the jewelry, but up to date Petitioner has not received any information regarding the property, neither form his counsel nor the government.

Petitioner last efforts to received his property was made through a letter to the District Court. Even though that the District Judge William E. Smith, suggested petitioner to continue to pursue this matter through my counsel and the DEA. I feel that I have been abandon by my Counsel, and the DEA has been playing games, requesting ID number of the property, when I have provided property number assigned by DEA: 05-DEA-456796, I have provided a copy of the list of the assorted jewelry, the date seized, the address. What else can I provided? As to no avail, I haven't been able to received information about my property.

**- ARGUEMTN -**

Under my belief, my property should be returned, my $39,976.00 in assorted jewelry value, should be returned. I was victim of a bad advised given by my counsel. Under my indictment there is no drug quantity determination. I did accept the responsibility of 198 grams of heroin. And I plea to the forfeiture of my house and my car, even though that the only property used for the commition of the offense

was my car. But I have never forfeit my jewelry I have always claim my interest in said property.

I have been working for many years in this country, I have been paying my taxes, and the Government is aware of it because they have copy of my taxes returns, in the discovery. I have my own business when I was arrested. I have my barber shop. It is my belief that a house and my car, is enough, forefeiture for 198 grams of heroin.

Accordingly, the DEA should be order to return my jewelry or the value of $39,976.00.

Respectfully Submitted

Rafael Santos.

RAFAEL SANTOS
REG. NO. 05654-070
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

Done this 26 day of June, 2007