## Status Inquiry

**Asset ID:** 05-DEA-456796 **Seizure No:** N-37 **Case No:** CH-05-5006
**Asset Description:** Assorted Jewelry

### Asset Information

**Asset Value:** $8,959.00
**Asset Type:** Jewelry/Precs Item
**FIRE Begin Date:**
**Seizing Office:** Providence, RI Resident Office
**Sub-Office:**
**Seizure District:** District of Rhode Island
**Seized From:** Santos, Rafael
**Quick Release:** N
**Electronic Transfer:** N
**Victims Anticipated:** N

**Custodial Agcy:** United States Marshals Service
**Disposal Type:**

**Seizure Dat** 9/8/05
**Adoption Dat**
**FIRE End Dat**
**Hold as Evidence:**
**Forfeiture-Dependent Award:**
**Parties Exist:**
**Post and Walk Date:**
**Cur Storage Start Dt:** 9/29/05
**Final Disposal Date:**

### Forfeiture Information

**Court Case No:**
**Processing Dist:** District of Rhode Island

**Forfeiture Dcsn:** Approved
**Forf Dcsn Date:** 02/24/2006
**Parallel Processing:** N

**USAO No:**
**Referral Date:**

**Forfeiture Type:** Admin
**Delay Forfeiture:** N
**Forfeiture Dcsn Entry Date:** 2/27/06
**Abandonment Declared Date:**

### Disposal Information

**Disposal Instruction:**

| Item No | Instr Date | Disposition Decision | Item Description |
|---|---|---|---|
| 0 | 10/23/2006 | Sell/Liquidate | Assorted Jewelry |

**Disposal Data:**

| Item No | Disp Date | Disposal Type | Disp Amount | Disp Value |
|---|---|---|---|---|

### Advertisement Information

| Agency | Ad Number | First Ad Dt | Claim Deadline Dt | Publication |
|---|---|---|---|---|
| DEA | DEA842 | 10/31/2005 | 12/14/2005 | Wall Street Journal |

### Notification Information

| Address Type-Seq | Notice Type | Notified Dt | Return Receipt Dt | Claim Deadline Dt | Notification : |
|---|---|---|---|---|---|
| 890421 - Santos, Rafael | | | | | |
| A - 1 | Murphy, William, 127 Dorrance Street, Providence, RI 02903 | | | | |
| | A | 10/20/2005 | 10/28/2005 | 11/24/2005 | Notification Complet |
| J - 1 | Donald W. Wyatt Detention Center, 950 High Street, Central Falls, RI 02863 | | | | |
| | A | 10/20/2005 | 10/27/2005 | 11/24/2005 | Notification Complet |
| P - 1 | 134 Wallace Street, Providence, RI 02909-3512 | | | | |
| | A | 10/20/2005 | 11/07/2005 | 11/24/2005 | Notification Complet |

### Claims Information

| Filed Dt | Deadline Dt | Referral Dt | Claim Type | IA Ruling Dt |
|---|---|---|---|---|

2007-07-20 14:00 FAX 10103331401732331O >> 4017096001 [illegible]

Status Inquiry

890421 - Santos, Rafael

| | | | | | |
|---|---|---|---|---|---|
| 11/21/2005 | 11/24/2005 | -- | Claim | 11/30/2005 | deficient |

Petition Information

| Receipt Date | Ruling Date | Ruling | Type |
|---|---|---|---|
| 890421 - Santos, Rafael | | | |
| 04/07/2006 | 07/31/2006 | Denied | Remission/Mitigation |
| 08/18/2006 | 09/28/2006 | Denied | Reconsideration |

Equitable Sharing Information