UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Rafael Santos
Plaintiff

V.

Case Number: C.A. NO. 08-117S

United States of America
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, United States of America against the Plaintiff, Rafael Santos pursuant to the Court's Text Order granting Defendant's Motion to Dismiss Petitioner's Motion for Return of Property.**

**BY ORDER:**

**April 24, 2008**
**Date**

**Deputy Clerk**